513 A.2d 983

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Gerald John GIOAN, Respondent.**

Supreme Court of Pennsylvania.

Aug. 25, 1986.

### ORDER

PER CURIAM.

AND NOW this Twenty-first day of August, 1986, the Commonwealth's petition for allowance of appeal is granted; the order of the Superior Court is vacated; and this

matter is remanded to the Superior Court for reconsideration in light of our recent decision in *Commonwealth v. Brady*, 510 Pa. 123, 507 A.2d 66 (1986).